UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

EARL FLYNN TRUSS, JR.,

       Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS et al.,

       Defendants.
_____/

Case No. 1:19-cv-452

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state-law claims are dismissed without prejudice.

Dated: July 22, 2019                      /s/ Paul L. Maloney
                                                                  Paul L. Maloney
                                                                  United States District Judge